### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 35  
**IP Address:** 71.105.226.212  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-09-2021 14:01:21 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 2 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-08-2021 16:05:59 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 3 | Info Hash: D018948BE20BC17028F1D2DA5E96AD62B46B2A5E<br>File Hash: 987BA82FA5B83E9E459F13C9D123C82359630FA6678ABB431856A8BF52033B3D | 04-19-2021 14:33:34 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 4 | Info Hash: 8069E67E8986BB80941FE059FEB9475565EC7B06<br>File Hash: 748DDA89381F521EFA5A8BB3D3F82C6C99D4BFA94808065010248109AAA9C930 | 04-18-2021 21:24:41 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 5 | Info Hash: D9852FE1FD97B79E956C9B1E50550D9B0E8F8ECC<br>File Hash: 345A93BE90B9785F3E54EC2395FC90ADA664A31904D2AB7AA7982F8A6C29DFBA | 03-22-2021 19:59:18 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 6 | Info Hash: B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07<br>File Hash: F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 02-01-2021 23:52:58 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 7 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 10-24-2020 00:08:43 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 8 | Info Hash: 9FAE98B12813FE5BFF3A5CA5CD89FF277CE936E6<br>File Hash: DF4BF86BC79099FE383C7D61244EE767B7A76C6DA72836C915666B20FC25F5E9 | 08-19-2020 14:10:02 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8A8DC7456F68A9CC3EB01376A6A6E4BC9B0AD876<br>File Hash: A5F90F9237E3156E06EED4F6028DDA309A9C93586770D7C0FFDD216EBBC7B7B4 | 06-15-2020 12:38:15 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 10 | Info Hash: 0EADDEAD674C02DF1F6937EA2B46CC6F34717213<br>File Hash: D12AD52DF486373A53D70B7F8CA375A1227EBFC17F1C23194B7C10A13321A538 | 05-15-2020 23:56:46 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 11 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 05-08-2020 20:22:41 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 12 | Info Hash: 9B227B2F714A2C1D72BA4AABE2E2DDBCE8A08FFA<br>File Hash: 61BE640426AC828DD3E5609FA3BA27950D70BB84715E8B6304A7369C2C970B25 | 05-04-2020 20:40:35 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 13 | Info Hash: 488639EF56D8C5B736E1EC21CC7A622C3A241035<br>File Hash: 3CA10948B7A0CFCCA14E2F571F347A8330ADA25C86A6C81C784F0B883AC8A158 | 04-29-2020 16:10:45 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 14 | Info Hash: 5F169DAE4E85879AAE8FCBCF527EA0630D1497EE<br>File Hash: 10DE94DB967780AACC7C86F50C57A7BCC6D10E867AE683245438A51A185E27D2 | 04-07-2020 20:02:49 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 15 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04-04-2020 15:12:08 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 16 | Info Hash: F02DABA96011032764D3D58477A773A1418DA5C6<br>File Hash: 017C023D160AF957F34F7F09B1BA2DDC085A40A91C8B2AAA6573870A33D34B5B | 03-20-2020 20:13:10 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |
| 17 | Info Hash: B63010990EB37E86B9F26FBD4B7BA9FB6B2C89DF<br>File Hash: 834EBFD05DF0DF4AB0CA0F7CCE0052FF451176C4B542FD741399F1F7A692CEBD | 03-05-2020 20:28:38 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FA5ED0B6CD500B7D151CC37AE8D5737E1941E79B<br>File Hash: F038B1C7D97C6BEC8F45E2268E0B3725F505F6F00748EF09F8C52B4548EE1E08 | 02-28-2020 19:07:50 | Vixen | 02-28-2020 | 04-17-2020 | PA0002251744 |
| 19 | Info Hash: 62AAC571A10AA16BC3610CC6C6D6F57CD37A5690<br>File Hash: 141ADAD51C38976F116C3D8344349655CBEEF5CB5B2470A24C87A4D28E292B7D | 02-23-2020 19:46:18 | Vixen | 02-23-2020 | 04-17-2020 | PA0002246164 |
| 20 | Info Hash: EC453B436B53533EF9467AD30D49CF9F9738C2B1<br>File Hash: CE02331B0303C2EAF999F859894AB3D84F82ED930CC5EBC8A1E3CC7D418A943B | 02-20-2020 15:49:39 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 21 | Info Hash: 71B538AFF7569DD94B6BBF048CAFBA38856F05CE<br>File Hash: E06EB1B7C820EE3C6AA1F072170F41A1B5EEAAD0A288DC808F40FD4098D87221 | 01-24-2020 19:21:43 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 22 | Info Hash: B70A53B5FF5F2BCA94EDA3AF3D6C6F5F2587F297<br>File Hash: E12A9DAF473AB967816F5D00D941550803D3A6935A9C868C194A425CF66DE818 | 01-22-2020 21:05:10 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 23 | Info Hash: 41B8700401DB81C8089A014B3414C0BECDC8E7CB<br>File Hash: 0B63271AE99586E2736C73B87851244E8F0054186AAF2E5A44AC5E29F247B94E | 01-15-2020 15:18:08 | Vixen | 01-14-2020 | 02-03-2020 | PA0002236203 |
| 24 | Info Hash: 7FD54AC4C00946831B52DD2A0DC72E0B11E29CB7<br>File Hash: 087E82C7F7EC1ADC547B61B482251DD7DE96F308E6DF92034F105C7716374813 | 01-10-2020 00:47:53 | Vixen | 01-09-2020 | 02-03-2020 | PA0002236496 |
| 25 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 11-25-2019 23:11:44 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 26 | Info Hash: 40E925659CF6B20B4D31B87545746E188C79E28E<br>File Hash: 4A666277F1867A6F8D40F77CC391293CE7A8D3E9972A6FC0B15E5D0720FB6354 | 11-16-2019 15:08:50 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash: 2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 10-26-2019 21:44:10 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 28 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 10-03-2019 01:08:14 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 29 | Info Hash: 6A48CE9FB0655B8EB83A685B47BDD0F54980D6BC<br>File Hash: B03A19C2A34A7675DE7627D3C119CE01426DE8CFBC00D3BB76FEAC0894803F13 | 10-01-2019 15:40:01 | Vixen | 02-13-2018 | 03-02-2018 | PA0002104793 |
| 30 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09-17-2019 15:56:44 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 31 | Info Hash: AF2372F96C74B641C308A2D6DB6FE9944214A159<br>File Hash: C0F3009230282C4ACFB3747A0E13450AEDB9CE4BD0B32391D0EE60FEB23D5E73 | 08-19-2019 14:46:55 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |
| 32 | Info Hash: 004DA2C9122F1CFF1346FD0D9BBA7C7BE4D156EC<br>File Hash: 42EEA3996C07F526F42BC5A56307832E4DB84ECE456789187C9194BF3BFC57E4 | 08-07-2019 19:22:10 | Vixen | 08-07-2019 | 08-26-2019 | PA0002213240 |
| 33 | Info Hash: 6284253419630EC05D8C09066FB0F71A86E83D2D<br>File Hash: 23A3878CD7E130545ADD8676BF8A54CF453AF7110763529A030552419726312E | 07-29-2019 22:21:40 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |
| 34 | Info Hash: 6F0F2340162AC6B591329AF430B79D1FC4342E6A<br>File Hash: 77E1C58F714F35C3EFFA1FA2F5D1847D54125BB890A9E61A33C29470B5D17C06 | 06-18-2019 18:01:35 | Vixen | 06-13-2019 | 08-02-2019 | PA0002192295 |
| 35 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B<br>File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 06-03-2019 19:34:10 | Vixen | 06-03-2019 | 07-17-2019 | PA0002188305 |